

Larry J. WILSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 169, 2015

Supreme Court of Delaware.

Submitted: August 11, 2015
Decided: August 17, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 1205004908

DISMISSED.

James E. KNOX, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 250, 2015

Supreme Court of Delaware.

Submitted: June 16, 2015
Decided: August 17, 2015
Reargument Denied September 9, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County Cr. ID No. 0008001802

AFFIRMED.

James E. KNOX, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 242, 2015

Supreme Court of Delaware.

Submitted: June 11, 2015
Decided: August 17, 2015
Reargument Denied September 9, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County Cr. ID No. 0008001802

AFFIRMED.

Michael A. BAILEY,[1] Petitioner
Below, Appellant,

v.

Jackie JACKSON, Respondent
Below, Appellee.

No. 381, 2015

Supreme Court of Delaware.

Submitted: August 7, 2015
Decided: August 18, 2015
Reargument Denied September 8, 2015

Court Below—Family Court of the State of Delaware in and for New Castle County,

1. By Order dated July 21, 2015, the Court *sua sponte* assigned pseudonyms to the parties. Del.Supr. Ct. R. 7(d).